UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NAKIA PRICE,

    Plaintiff,

v                                  Case No. 2:17-cv-13861-VAR-RSW

                                  Hon. Victoria A. Roberts

ARC MANAGEMENT GROUP, LLC,

    Defendant.
_____

**<u>NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE AND WITHOUT COSTS TO EITHER PARTY</u>**

    The Plaintiff hereby dismisses the within action against Defendant Arc Management Group, LLC, without prejudice and without costs to either party.

                                  Respectfully submitted

January 15, 2018                  <u>/s/ Gary Nitzkin</u>
                                            GARY D. NITZKIN (P41155)
                                            Attorney for Plaintiff
                                            22142 West Nine Mile Road
                                            Southfield, MI 48033
                                            (248) 353-2882
                                            gary@crlam.com